HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAVE WAGNER, an individual,<br><br>        Plaintiff,<br><br>    v.<br><br>HENRY SCHEIN, INC., a Delaware corporation,<br><br>        Defendant. | NO. 2:23-cv-00955-JCC<br><br>STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL<br><br>**NOTE ON MOTION CALENDAR: NOVEMBER 9, 2023** |

## I. STIPULATION

The parties, by and through their attorneys of record, have resolved this matter and hereby stipulate, pursuant to Federal Rule of Civil Procedure 41(a)(1)(B), that all claims in this matter may be dismissed with prejudice and without costs to any party.

DATED this 9th day of November, 2023.

| EMERY REDDY, PLLC | HARRIGAN LEYH FARMER & THOMSEN LLP |
|---|---|
| By: *s/ Timothy W. Emery*<br>By: *s/ Patrick B. Reddy*<br>By: *s/ Paul Cipriani*<br>   Timothy W. Emery, WSBA #34078<br>   Patrick B. Reddy, WSBA #34092<br>   Paul Cipriani, WSBA #59991 | By: *s/ Tyler L. Farmer* *<br>By: *s/ Erica R. Iverson*<br>By: *s/ Elisabeth Read*<br>   Tyler L. Farmer, WSBA #39912<br>   Erica R. Iverson, WSBA #59627<br>   Elisabeth Read, WSBA #59762 |

---

\* I certify that this memorandum contains 43 words, in compliance with the Local Civil Rules.

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL - 1
(Case No. 2:23-cv-00955-JCC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

| | |
|---|---|
| 600 Stewart Street, Suite 1100<br>Seattle, WA 98101<br>Tel: (206) 442-9106<br>Fax: (206) 441-9711<br>E: emeryt@emeryreddy.com<br>E: reddyp@emeryreddy.com<br>E: paul@emeryreddy.com | 999 Third Avenue, Suite 4400<br>Seattle, WA 98104<br>Tel:   (206) 623-1700<br>Fax:   (206) 623-8717<br>Email: tylerf@harriganleyh.com<br>Email: ericai@harriganleyh.com<br>Email: elisabeth.read@harriganleyh.com |
| **Attorneys for Plaintiff Dave Wagner** | MOSES & SINGER LLP<br><br>Abraham (Avi) Y. Skoff, *(admitted pro hac vice)*<br>The Chrysler Building<br>405 Lexington Avenue<br>New York, NY 10174-1299<br>Tel: 212.554.7897<br>Email: askoff@mosessinger.com<br><br>**Attorneys for Henry Schein, Inc.** |

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL - 2
(Case No. 2:23-cv-00955-JCC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

**ORDER**

Based on the above stipulation of the parties, IT IS ORDERED that this lawsuit is hereby dismissed with prejudice and without costs or fees awarded to any party.

DATED THIS 20th day of November 2023.

_____
THE HONORABLE JOHN C. COUGHENOUR
U.S. DISTRICT COURT JUDGE

*Presented by:*

HARRIGAN LEYH FARMER & THOMSEN LLP

By: *s/ Tyler L. Farmer*
By: *s/ Erica R. Iverson*
By: *s/ Elisabeth Read*
  Tyler L. Farmer, WSBA #39912
  Erica R. Iverson, WSBA #59627
  Elisabeth Read, WSBA #59762
  999 Third Avenue, Suite 4400
  Seattle, WA 98104
  Tel:   (206) 623-1700
  Fax:   (206) 623-8717
  Email: tylerf@harriganleyh.com
  Email: ericai@harriganleyh.com
  Email: elisabeth.read@harriganleyh.com

MOSES & SINGER LLP

  Abraham (Avi) Y. Skoff, *(admitted pro hac vice)*
  The Chrysler Building
  405 Lexington Avenue
  New York, NY 10174-1299
  Tel: 212.554.7897
  Email: askoff@mosessinger.com

STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL - 3
(Case No. 2:23-cv-00955-JCC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717

*Attorneys for Henry Schein, Inc.*

EMERY REDDY, PLLC

By: *s/ Timothy W. Emery*
By: *s/ Patrick B. Reddy*
By: *s/ Paul Cipriani*
   Timothy W. Emery, WSBA #34078
   Patrick B. Reddy, WSBA #34092
   Paul Cipriani, WSBA #59991
   600 Stewart Street, Suite 1100
   Seattle, WA 98101
   Tel: (206) 442-9106
   Fax: (206) 441-9711
   E: emeryt@emeryreddy.com
   E: reddyp@emeryreddy.com
   E: paul@emeryreddy.com

*Attorneys for Plaintiff Dave Wagner*

STIPULATION AND [PROPOSED] ORDER OF DISMISSAL - 4
(Case No. 2:23-cv-00955-JCC)

LAW OFFICES
**HARRIGAN LEYH FARMER & THOMSEN LLP**
999 THIRD AVENUE, SUITE 4400
SEATTLE, WASHINGTON 98104
TEL (206) 623-1700   FAX (206) 623-8717